AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CARINA CANAAN and LEVI LANE | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. EP-16-CV-132-DCG |
| CITY OF EL PASO | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Laura Gordon, City Attorney's Office
City of El Paso
Two Civic Center Plaza, 9th Floor
El Paso, TX 79901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William B. Jacobi
Texas Civil Rights Project
1317 E. Rio Grande
El Paso, Texas 79902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J CLACK**
CLERK OF COURT

Date:   05/03/2015                                    _____
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. EP-16-CV-132-DCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Laura P Gordon   Dep City Attorney
was received by me on *(date)* 6-1-16  .

☑ I personally served the summons on the individual at *(place)* City 1  300 N. Campbell St  El Paso, TX 79901 on *(date)* 6/1/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/1/16

*Server's signature*

Matthew Minjarez   DUSM
*Printed name and title*

525 Magoffin Ave   El Paso, TX 79901
*Server's address*

Additional information regarding attempted service, etc:

Laura P Gordon
Laura P. Gordon
Dep City Attorney

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:16-cv-00132-DCG Document 10 Filed 06/30/16 Page 3 of 4

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>CARINA CANAAN and LEVI LANE | COURT CASE NUMBER<br>EP-16-CV-132-DCG |
|---|---|
| DEFENDANT<br>CITY OF EL PASO | TYPE OF PROCESS<br>Complaint/Summons/Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Laura Gordon, City Attorney's Office, City of El Paso
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Two Civic Center Plaza, 9th Floor El Paso, TX 79901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William B. Jacobi
Texas Civil Rights Project
1317 E. Rio Grande
El Paso, Texas 79902

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 534-6725
DATE: 5/3/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 2 | District of Origin No. 80 | District to Serve No. 80 | Signature of Authorized USMS Deputy or Clerk | Date: 3/6/16 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6/11/16  Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee: 73.00 | Total Mileage Charges including endeavors: 5.40 | Forwarding Fee | Total Charges: 86.34 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS: 6/11/16 7013 2630 0002 1251 0603  Served in Person

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.99 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | | |

Postmark Here  7/1/16

Laura Gordon, City Attorney's Off
City Of El Paso
Two Civic Center Plaza, 9th Floor
El Paso, TX 79901

7013 2490 0002 1251 0403