Request for U.S. Marshals Service Expenses in PAUPER Case

## TO THE COURT OF THE WESTERN DISTRICT OF TEXAS

Case Number     EP-16-CV-132-DCG

Plaintiff       Carina Canaan and Levi Lane

VS

Defendant       City of El Paso



The U.S. Marshals Service is requesting that the court tax the fees and expenses in our favor in the event of a favorable judgment or settlement for the plaintiff (Pauper).

Total pieces of process served in case     2

Process served through this date           05/06/2016

| | |
|---|---|
| Total Service Fees | $ 81.00 |
| Total Mileage Charges | $5.40 |
| Forwarding Fees (Certified Mail) | $ 15.98 |
| Total Charges | $ 102.38 |

Thanking you in advance for your consideration.

David Sligh
~~Robert Almonte~~
U.S. MARSHAL
Western District of Texas

Date 6/29/16

Supervisor or Deputy U. S. Marshal