### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **CARINA CANAAN and LEVI LANE,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 16-CV-132** |
| | § | |
| **City of El Paso,** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT'S MOTION TO ABATE DISCOVERY

COMES NOW, the Defendant, The City of El Paso, by counsel, and hereby moves the Court to abate discovery in this matter.  In support of this motion, the Defendant respectfully states as follows:

On June 6, 2016, the Defendant, City of El Paso, filed its "Rule 12(b)(6) Motion to Dismiss."  DN-6.  On June 20, 2016, the Plaintiffs filed their Response.  DN-9.  No reply was filed by the Defendant.  The Defendant's Rule 12(b)(6) motion to dismiss is currently pending before the Court.

On August 1, 2016, the parties met for their Rule 26(f) conference.  Per Rule 26(a)(1)(C), the Defendant's initial disclosures are now due by August 15, 2016.  The Defendant argues that it should not be put to the burden and expense of providing initial disclosures when this matter may be dismissed per its Rule 12(b)(6) motion.  The Defendant asks that discovery in this matter be abated unless and until such time as this Court denies its Rule 12(b)(6) motion.  If said Rule 12(b)(6) motion is granted, the issue of discovery will be moot.

WHEREFORE, the Defendant, The City of El Paso, asks that discovery in this case be ABATED until further order of this Court.

Respectfully Submitted,

**SYLVIA BORUNDA FIRTH,**
**EL PASO CITY ATTORNEY**
P.O. Box 1890
El Paso, Texas 79950-1890
Tel: (915) 212-0033
Fax: (915) 212-0034

Date:  August 4, 2016.                      By:/s/ Oscar G. Gabaldón, Jr.
                                                      Oscar G. Gabaldón, Jr.
                                                      Assistant City Attorney
                                                      State Bar No. 07562900

                                                      **Laura P. Gordon**
                                                      Deputy City Attorney
                                                      State Bar No. 16247100

                                                      Attorneys for Defendant City of El Paso

## CERTIFICATE OF SERVICE

We hereby certify that on the above date, we electronically filed the foregoing pleading with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

William B. Jacobi
Mimi Marziani
Texas Civil Rights Project
1317 E. Rio Grande
El Paso, Texas 79902
Phone: 915-532-3799
Fax:  915-532-8892

Enrique Moreno
701 Magoffin Avenue
El Paso, Texas 79901
Phone:  915-533-9977
Fax:     915-533-0033

Lynn Coyle
Christopher Benoit
2515 N. Stanton
El Paso, Texas 79902
Phone:  915-532-5544
Fax:  915-432-5566

Attorney for Plaintiffs

/s/ Oscar G. Gabaldón, Jr.
Oscar G. Gabaldón, Jr.